| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BALDOCK, Bobby R. | 2. Court or Organization U.S. Court of Appeals-10th Cir | 3. Date of Report 05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address P.O. Box 2388 Roswell, New Mexico 88202-2388 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (line 31) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | March 12-14, 2014 | Malibu, California | Speaker | Transportation, meals, lodging |
| 2. | University of Oklahoma College of Law | April 10-12, 2014 | Norman, Oklahoma | Moot Court Competition Panel | Transportation, meals, lodging |
| 3. | Alliance Defense Fund - The Blackstone Legal Fellowship | August 5-7, 2014 | Phoenix, Arizona | Legal Fellowship - Speaker | Transportation, meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BALDOCK, Bobby R.** | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Merrill Lynch IRA | C | Dividend | M | T | | | | | |
| 2.  -XCEL (aka XCEL Energy Inc.) - See Part VIII | | | | | | | | | |
| 3.  -Lord Abbett (Mutual R Fund) (aka Lord Abbett Total Return Fund) | | | | | | | | | |
| 4.  -Franklin Inves. Sec. TR Equity Income (Mutual Fund) | | | | | | | | | |
| 5.  -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 6.  -Merrill Lynch Cash Equivalent Accounts | | | | | | | | | |
| 7.  -Transamerica Short Term Bond Fund | | | | | | | | | |
| 8.  Hunker Commune (Holly, Bluestem, Rio Oil & Gas, COG Operating)See VIII | A | Royalty | J | W | | | | | |
| 9.  Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 10.  Stock in South Spring Acres, Roswell, NM | | None | K | W | | | | | |
| 11.  Minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 12.  Silver and silver coins | | None | J | T | | | | | |
| 13.  Gold coins | | None | J | T | | | | | |
| 14.  Navajo, Hockley County, TX | B | Royalty | J | W | | | | | |
| 15.  Pioneer Savings Bank | A | Interest | M | T | | | | | |
| 16.  Working interest in Hodges - Hockley County, TX | A | Royalty | J | T | | | | | |
| 17.  Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 19. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 20. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |
| 21. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |
| 22. Cash Value Life Insurance, AXA Equitable(Money Market Acct) | A | Interest | J | T | | | | | |
| 23. Oil & Gas Items: | | | | | | | | | |
| 24. XTO Energy Production | A | Royalty | J | W | | | | | |
| 25. BP Am Production Company | D | Royalty | K | W | | | | | |
| 26. Conoco Phillips | E | Royalty | K | W | | | | | |
| 27. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 28. Great Western Drillling Company | C | Royalty | K | W | | | | | |
| 29. El Paso Production Company -(Finley Resources, Inc.) - See Part VIII | C | Royalty | J | W | | | | | |
| 30. Working interest in Mewbourne Oil, Eddy County, NM-See Part VIII | B | Royalty | J | W | | | | | |
| 31. Trust #1 | E | Dividend | O | T | | | | | |
| 32. -PIMA CNTY AZ STR & HWY REV | | | | | | | | | |
| 33. - ISHARES MSCI EAFE - See Part VIII | | | | | Sold (part) | 10/01/14 | L | | |
| 34. | | | | | Sold | 11/03/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ISHARES IBOXX$ INVT GRADE CORP BD FUND | | | | | | | | | |
| 36. -ISHARES GOLD TR | | | | | Buy (add'l) | 03/03/14 | J | | |
| 37. | | | | | Sold (part) | 04/01/14 | J | | |
| 38. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 39. | | | | | Sold (part) | 10/01/14 | J | | |
| 40. | | | | | Sold | 12/04/14 | J | | |
| 41. - ISHARES MBS - See Part VIII | | | | | | | | | |
| 42. -ISHARES IBOXX$ HIGH YIEL CORPORATE BOND FUND | | | | | | | | | |
| 43. -ISHARES 1-3 YEAR TREAS BOND - See Part VIII | | | | | Sold (part) | 04/01/14 | K | | |
| 44. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 45. | | | | | Sold (part) | 10/01/14 | J | | |
| 46. | | | | | Buy (add'l) | 12/04/14 | K | | |
| 47. -ISHARES 1-3 YEAR CREDIT BOND ETF | | | | | Buy | 11/03/14 | K | | |
| 48. | | | | | Buy (add'l) | 12/04/14 | K | | |
| 49. -ISHARES 3-7 YEAR TREASURY BOND ETF | | | | | Buy | 10/01/14 | K | | |
| 50. -POWERSHARES GLOBAL EXCHANGE TRADED FD TR | | | | | Buy | 10/01/14 | J | | |
| 51. -VANGUARD FINANCIALS ETF | | | | | Sold | 01/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VANGUARD CONSUMER STAPLES | | | | | Sold | 01/03/14 | K | | |
| 53. -VANGUARD MATERIALS ETF | | | | | Buy (add'l) | 01/03/14 | K | | |
| 54. -VANGUARD TELECOMM SRVCS ETF | | | | | Buy | 01/03/14 | K | | |
| 55. -VANGUARD INDUSTRIAL ETF | | | | | | | | | |
| 56. -VANGUARD MSCI EMERGING MRKTS ETF | | | | | Buy (add'l) | 01/03/14 | J | | |
| 57. | | | | | Sold (part) | 02/03/14 | K | | |
| 58. | | | | | Buy (add'l) | 04/01/14 | K | | |
| 59. | | | | | Sold (part) | 10/01/14 | K | | |
| 60. | | | | | Buy (add'l) | 11/03/14 | K | | |
| 61. | | | | | Sold (part) | 12/04/14 | L | | |
| 62. -VANGUARD INTERMEDIATE TERM BOND ETF | | | | | | | | | |
| 63. -VANGUARD SHORT TERM BOND | | | | | Buy (add'l) | 02/03/14 | K | | |
| 64. | | | | | Sold (part) | 03/03/14 | J | | |
| 65. | | | | | Sold (part) | 04/01/14 | J | | |
| 66. | | | | | Sold (part) | 07/01/14 | J | | |
| 67. | | | | | Buy (add'l) | 10/01/14 | L | | |
| 68. -VANGUARD SMALL CAP VALUE | | | | | Sold | 01/03/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -VANGUARD CONSUMER DISCRETIONARY | | | | | Sold | 01/03/14 | K | | |
| 70. -VANGUARD ENERGY ETF | | | | | | | | | |
| 71. -VANGUARD UTILITIES | | | | | | | | | |
| 72. -VANGUARD REIT ETF | | | | | Buy (add'l) | 03/03/14 | J | | |
| 73. -VANGUARD SMALL CAP GROWTH ETF | | | | | Buy | 01/03/14 | L | | |
| 74. -VANGUARD INFORMATION TECH ETF | | | | | Buy | 01/03/14 | K | | |
| 75. -ELEMENTS - ROGERS TR | | | | | Buy (add'l) | 03/03/14 | J | | |
| 76. | | | | | Sold (part) | 08/01/14 | J | | |
| 77. | | | | | Sold | 11/03/14 | J | | |
| 78. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BALDOCK, Bobby R.** | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 4, line 2 - Also known as XCEL Energy Inc

Part VII, Page 4, line 8 - COG Operating LLC (aka Concho) purchased certain properties from Bluestem Energy

Part VII, Page 5, line 29 - Finley Resources, Inc. purchased certain properties from El Paso Production Company

Part VII, Page 5, line 30- Added "e" to Mewbourne Oil

Part VII, Page 5, line 33 - Also known as ISHARES MSCI EAFE INDEX FUND

Parrt VII, Page 6, line 41 - Also known as ISHARES BARCLAYS MBS BON FUND

Part VII, Page 6, line 43 - This asset was formerly known as ISHARES BARCLAYS 1-3 YEAR TREAS INDEX FUND

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Bobby R. BALDOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544